CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAR 16 2007

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HASTON RICHARD MONROE, JR., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SUSAN FLETCHER, )<br>FLOYD G. AYLOR, )<br>and G. WAYNE PIKE, )<br>    Defendants. )<br>) | Civil Action No. 7:05-cv-288<br><br>**FINAL ORDER**<br><br><br>By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day it is hereby **ORDERED** and **ADJUDGED** that the Plaintiff's claims against Defendants Fletcher and Aylor are **DISMISSED WITHOUT PREJUDICE**; said Defendants' motion is **GRANTED** to the extent that it requests such relief. Their motion is hereby **DENIED** as moot to the extent that it requests summary judgment. Defendant Pike's motion for summary judgment is hereby **GRANTED**.

The Clerk of Court is directed to strike this matter from the active docket of the court and to send certified copies of this order to the Plaintiff and all counsel of record.

ENTER: This 16th day of March, 2007.

/s/ James C. Turk
SENIOR UNITED STATES DISTRICT JUDGE